## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES, et al<br><br>   Plaintiffs,<br><br>v.<br><br>TANGIPAHOA PARISH, LOUISIANA,<br><br>   Defendants. | No. 2:22-cv-05233-NJB-JVM<br><br>CHIEF JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAG. JUDGE JANIS VAN MEERVELD |

## NOTICE OF DISMISSAL

By the stipulation of all parties this matter is dismissed as to all Defendants according to

Fed. R. Civ. P. 41(a)(1)(A)(ii).  The dismissal applies to all Defendants.

SIGNED this the 3rd ___ day of April, 2023.

John Adcock
La. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
504-233-3125
jnadcock@gmail.com

Sarah Carthen Watson
La. Bar No. 40098
Jodi Hill
La. Bar No. 39912
LOUISIANA FAIR HOUSING
ACTION CENTER
1340 Poydras St. Suite 710
New Orleans, LA 70112
(504) 708-5291
scarthenwatson@lafairhousing.org
jhill@lafairhousing.org

Christopher Moody
La. Bar No. 9594
Albert D. Giraud, n Rd. Ste. A
La. Bar No. 18911
1250 Southwest Railroad Ave, Ste 130
Hammond, LA 70403
985-542-1351 Telephone
985-542-1354 Fax

*Attorneys for all Defendants*

*Attorneys for all Plaintiffs*

1